IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DONNA SUE WALKER | § | CASE NO. 24-31193 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

**DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE
CHAPTER 7 SCHEDULES, STATEMENTS,
NOTICE AND OTHER REQUIRED DOCUMENTS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Donna Sue Walker, Debtor in the aforementioned case, and Debtor's Counsel respectfully request an extension of time to file the original Chapter 7 Schedules A through J and Summary, Statement of Financial Affairs, Statement of Intent, Chapter 7 Statement of Current monthly income and Means Test Calculation, Notice to Individual Consumer Debtor, Payment Advices, and related documents (the "Required Documents").

1. The Debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code without the inclusion of the original schedules, Statement of Intent, statement of Financial Affairs, and Payment Advices (the "Required Documents").

2. Debtor's counsel has made numerous efforts to contact the debtor by phone, email and text but has not received documents or information necessary to complete the schedules and statements.

3. Debtor respectfully requests an extension of time to file the Required Documents within an additional 7 days from today or until April 29, 2024, and any other and further relief as is justified.

Respectfully submitted,

RESOLVE LAW GROUP,
a registered dba of The Price Law Group, A.P.C.

/s/ Amy Bates Ames
Amy Bates Ames
TX Bar No. 24025243
801 Travis Street, Suite 2101
Houston, TX 77002
Phone: (818) 995-4540
Fax: (818) 995-9277 Email:
amy@pricelawgroup.com

ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF SERVICE

I hereby certify that on or before April 22, 2024, a true and correct copy of the *Debtor's Motion for Extension of Time to File Chapter 7 Schedules and Other Required Documents* was electronically noticed and/or mailed via first class mail, postage prepaid to the Debtor, the Chapter 7 Trustee, the U.S. Trustee, all attorneys and parties-in-interest who have requested notices.

/s/ Amy Bates Ames
Amy Bates Ames

**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE SOUTHERN DISTRICT OF**
**TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **DONNA SUE WALKER** | § § | **CASE NO. 24-31193** |
| **DEBTOR** | § | **Chapter 7** |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE CHAPTER 7 SCHEDULES, STATEMENTS, NOTICE AND OTHER REQUIRED DOCUMENTS**

On this Date, the Court considered the Debtor's Motion for Extension of time to File Chapter 7 Schedules, Statements, and Other Required Documents (the "Motion"). The Court finds that proper notice has been given to all parties in interest and good cause exists to grant the Motion.

IT IS THEREFORE ORDERED that the Motion hereby is granted, and Debtor is granted an extension to file the original Chapter 7 Schedules A through J and Summary, Statement of Financial Affairs, Statement of Intent, Chapter 7 Statement of Current monthly income and Means Test Calculation, Notice to Individual Consumer Debtor, Payment Advices, and related documents on or before April 29, 2024.