United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 23, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-31193 |
| DONNA SUE WALKER, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 7 |

## ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF TIME

This matter is before the Court on the Motion for Extension of Time to File Chapter 7 Schedules, Statements, Notice and other Required Documents (ECF No. 9) filed by the debtor. The debtor is seeking an extension to April 29, 2024, to file her required schedules and statements. Pursuant to Federal Rule of Bankruptcy Procedure 1007(c), debtors must file all schedules and statements within 14 days of the petition filing date. The deadline for the debtor to file her schedules and statements was April 2, 2024. The Court routinely grants a 14-day extension to file schedules however, this would have expired on April 16, 2024. The Court is unwilling to grant any extension past 28 days from the petition filing date.

**THEREFORE, IT IS ORDERED** that Motion for Extension of Time to File Chapter 7 Schedules, Statements, Notice and other Required Documents is denied.

SIGNED 04/23/2024

_____
Jeffrey Norman
United States Bankruptcy Judge